IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DEMOPOLIS MARINE SERVICES, LLC,** * | |
| * | |
| **Plaintiff,** * | |
| * | |
| v. * | Civil Action No. CV-08-537-CG-B |
| * | |
| **ONE 33' X 134' STEEL BARGE,** * | |
| **UNNAMED/UNNUMBERED, in rem** * | |
| **MARK W. PATTERSON, an individual and** * | |
| **d/b/a PAXTON DESIGN GROUP, LLC;** * | |
| **PAXTON GROUP, LLC, a limited liability** * | |
| **company, in personam,** * | |
| * | |
| **Defendants.** * | |

## DEFAULT JUDGMENT

This matter having come before the court on plaintiff's motion for entry of default judgment (Doc 23), and more than twenty days having passed since service of the summons and complaint with no response from the in personam defendants, Mark W. Patterson, Paxton Design Group, LLC, and Paxton Group, LLC, a Default Judgment is proper and plaintiff's motion is due to be granted. Plaintiff has also filed affidavits which provide evidence supporting the amount of damages sought in its motion for default judgment.

Therefore, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that a **JUDGMENT** in the amount of $600,000.00, plus taxable costs, is hereby entered in favor of Plaintiff, Demopolis Marine Services, LLC., and against each of the in personam Defendants, Mark W. Patterson, Paxton Design Group, LLC, and Paxton Group, LLC, jointly and severally.

**DONE & ORDERED** this 5th day of February, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE